452-15

# ELECTRONIC RECORD

COA # 12-13-00382-CR          OFFENSE: 22.04

STYLE: Daniel Wilbur Johnson v. The State of Texas          COUNTY: Smith

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 7th District Court

DATE: 03/31/2015          Publish: NO  TC CASE #:     007-1059-13

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Daniel Wilbur Johnson v. The State of Texas          CCA #:     452-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ____08/26/2015____          SIGNED: _____          PC: _____

JUDGE: ____Per Curiam____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**